AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT
FOR          THE DISTRICT          OF PUERTO RICO

---

**APPEARANCE**

United States of America
v.

CASE NUMBER: 97-1284(SEC)

One Urban Lot located at No. 3-BE Santa
 Juanita, Bayamon, et als.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America ,

    Respectfully submitted.

    In San Juan, Puerto Rico, this 3rd day of September, 2004

    H. S. GARCIA
    United States Attorney
    <u>/s Maritza González de Miranda</u>
    Maritza González de Miranda
    Assistant U.S. Attorney
    USDC-PR No. 208801
    Maritza.Gonzalez@usdoj.gov
    **Address:**
    Torre Chardón, Suite 1201
    350 Carlos Chardon Street
    San Juan, Puerto Rico 00918
    **Phone Number & Facsimile**
    (787) 766-5656;
    Facsimile: (787) 766-6219