UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

United States of America            *
                                    *
     Plaintiff,                     *      CIVIL NO. 97-1284(SEC)
v.                                  *
                                    *
A)  ONE URBAN LOT LOCATED AT        *
NO. 3-BE SANTA JUANITA,             *
BAYAMON, MORE FULLY DESCRIBED       *
AT PUERTO RICO PROPERTY             *
REGISTRY OF BAYAMON AS              *
FOLLOWS:                            *
                                    *
     URBANA:  Solar #3 del          *
bloque BE de la Urbanización        *
Santa Juanita, barrio Minillas      *
de Bayamón, compuesto de            *
303.60 metros cuadrados; y en       *
lindes por el Noroeste, con         *
solar #4; por el Sureste, con       *
solar #2; por el Nordeste, con      *
el solar #26; y por el Sur-         *
oeste, con calle Kenya.             *
Enclava una casa.                   *
                                    *
Se segrega de la finca              *
#19,380, inscrito al folio 151      *
del tomo 428 de Bayamón,            *
propiedad no. 20,912, 9na y         *
última inscripción.                 *
                                    *
Registered at the Property          *
Registry of Bayamón I at            *
page 69 of volume 847,              *
property no. 20,912, 9th            *
inscription.                        *
THIS PROPERTY ENCUMBERS             *
THE FOLLOWING LIENS:                *
mortgage in favor of                *
Consolidated Mortgage and           *
Finance Corporation for             *
$19,100.00, with an annual          *
interest of 8 1/2%.                 *
                                    *
Defendant                           *
***************************         *

- 2 -

## MOTION FOR CANCELLATION OF LIS PENDENS

TO THE HONORABLE COURT:

Plaintiff, United States of America, by its undersigned attorneys moves the Court for an order for the cancellation of Lis Pendens on the following real property, made by virtue of an Order issued by the Court in this case.

>ONE URBAN LOT LOCATED AT
>NO. 3-BE SANTA JUANITA,
>BAYAMON, MORE FULLY DESCRIBED
>AT PUERTO RICO PROPERTY
>REGISTRY OF BAYAMON AS
>FOLLOWS:
>
>URBANA: Solar #3 del
>bloque BE de la Urbanización
>Santa Juanita, barrio Minillas
>de Bayamón, compuesto de
>303.60 metros cuadrados; y en
>lindes por el Noroeste, con
>solar #4; por el Sureste, con
>solar #2; por el Nordeste, con
>el solar #26; y por el Sur-
>oeste, con calle Kenya.
>Enclava una casa.
>Se segrega de la finca
>#19,380, inscrito al folio 151
>del tomo 428 de Bayamón,
>propiedad no. 20,912, 9na y
>última inscripción.
>
>Registered at the Property
>Registry of Bayamón I at
>page 69 of volume 847,
>property no. 20,912, 9th
>inscription.
>
>THIS PROPERTY ENCUMBERS
>THE FOLLOWING LIENS:

- 3 -

      A mortgage in favor of Consolidated Mortgage and Finance Corporation for $19,100.00, with an annual interest of 8 1/2%.

WHEREFORE, it is respectfully requested from this Honorable Court to enter an order instructing the Registrar of the Property of the Registry of Property of Bayamón I, Puerto Rico, to cancel the Lis Pendens on the above described property.

In San Juan, Puerto Rico, this    th day of September, 2004.

      H. S. GARCIA
      United States Attorney

      S/A Maritza González de Miranda
      Maritza González de Miranda
      Assistant U.S. Attorney
      Torre Chardon Building Suite 1201
      #350 Carlos Chardón St.
      Hato Rey, PR  00918
      Tel: 787  766-5656
      Fax: 787 766-6219