UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| United States of America | * | |
| | * | |
| Plaintiff, | * | CIVIL NO. 97-1284(SEC) |
| | * | |
| v. | * | |
| | * | |
| A) ONE URBAN LOT LOCATED AT NO. 3-BE SANTA JUANITA, BAYAMON, MORE FULLY DESCRIBED AT PUERTO RICO PROPERTY REGISTRY OF BAYAMON AS FOLLOWS: | * | **ORDER** |
| | * | |
| URBANA: Solar #3 del bloque BE de la Urbanización Santa Juanita, barrio Minillas de Bayamón, compuesto de 303.60 metros cuadrados; y en lindes por el Noroeste, con solar #4; por el Sureste, con solar #2; por el Nordeste, con el solar #26; y por el Suroeste, con calle Kenya. Enclava una casa. | * | |
| | * | |
| Se segrega de la finca #19,380, inscrito al folio 151 del tomo 428 de Bayamón, propiedad no. 20,912, 9na y última inscripción. | * | |
| | * | |
| Registered at the Property Registry of Bayamón I at page 69 of volume 847, property no. 20,912, 9th inscription. THIS PROPERTY ENCUMBERS THE FOLLOWING LIENS: mortgage in favor of Consolidated Mortgage and Finance Corporation for $19,100.00, with an annual interest of 8 1/2%. | * | |
| | * | |
| Defendant | * | |
| ************************** | * | |

**ORDER**

Upon motion filed by the United States of America in the captioned case, and the Court being fully advised,

IT IS HEREBY ORDERED that the Property Registrar for the pertinent section of the Registry of Property of the Commonwealth of Puerto Rico, cancel the cautionary notice upon the following defendant real property:

> A) ONE URBAN LOT LOCATED AT NO. 3-BE SANTA JUANITA, BAYAMON, MORE FULLY DESCRIBED AT PUERTO RICO PROPERTY REGISTRY OF BAYAMON AS FOLLOWS:
>
> URBANA: Solar #3 de bloque BE de la Urbanización Santa Juanita, barrio Minillas de Bayamón, compuesto de 303.60 metros cuadrados; y en lindes por el Noroeste, con solar #4; por el Sureste, con solar #2; por el Nordeste, con el solar #26; y por el Sur-oeste, con calle Kenya. Enclava una casa.
>
> Se segrega de la finca #19,380, inscrito al folio 151 del tomo 428 de Bayamón, propiedad no. 20,912, 9na y última inscripción.
>
> Registered at the Property Registry of Bayamón I at page 69 of volume 847, property no. 20,912, 9th inscription. THIS PROPERTY ENCUMBERS THE FOLLOWING LIENS: mortgage in favor of Consolidated Mortgage and Finance Corporation for $19,100.00, with an annual interest of 8 1/2%.

SO ORDERED.

In San Juan, Puerto Rico, this   day of        , 2004.

SALVADOR E. CASELLAS

UNITED STATES DISTRICT JUDGE