U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form

| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 97-1284(SEC) |
|---|---|
| DEFENDANT OUL located at 3 BE-Santa Juanita, etc. | TYPE OF PROCESS Order |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Property Registrar      Bayamon I

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Calle Marginal al lado Hosp. Hermanos Melendez
Bayamon, P. R.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Maritza Gonzalez de Miranda
ASSISTANT U. S. ATTORNEY
#350 CHARDON ST.
SUITE 1201 - TORRE CHARDON BUILDING
HATO REY, P. R.    00918

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                              Fold

| Signature of Attorney or other Originator requesting service on behalf of: Maritza Gonzalez de Miranda, AUSA | x☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 751-8506 787 | DATE 10-4-04 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process / | District of Origin No. 69 | District to Serve No. 69 | Signature of Authorized USMS Deputy or Clerk | Date 10/5/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 10/13/04   Time 11 45  pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee $8.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $8.00 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: Documents were sent by mail and received back on 10/15/04.

## REGISTRO DE LA PROPIEDAD DE BAYAMON SECCION I

CARLOS M. PORTALATÍN VÁZQUEZ

CARRETERA 167 - CENTRO GUB.BAYAMON PISO 2          Telefono 787-787-5411

**ENTRADA Nº:**      14382                                    **Del año 2004**

**ASIENTO Nº :**        1217    **Diario 1239**

**Presentado el día 13/10/2004**                              **a las 13:45**

Presentante : U.S. MARSHAL SERVICE,

Interesado  : U.S. MARSHAL DISTRICT OF P.R.,

Naturaleza  : Escritura publica               Objeto : HIPOTECA

Protocolo: 377 de 30/09/2004               ROBERTO A. COMBAS MARTINEZ

EXENTO DEL PAGO

