IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff,<br><br>    v.<br><br>B)  ONE URBAN LOT LOCATED AT NO. 69 CIUDAD JARDIN II, TOA ALTA, MORE FULLY DESCRIBED AT PUERTO RICO PROPERTY REGISTRY OF TOA ALTA AS FOLLOWS:<br><br>        URBANA: Solar #69 de la Urbanización Ciudad Jardin II, First Stage, localizado en el Barrio Piña del Municipio de Toa Alta, con una cabida superficial de 658.56 metros cuadrados, en lindes por el Norte, en una distancia de 25.605 metros con el solar #70; por el Sur, en una distancia de 25.605 metros con el solar #68; por el Este, en dos alineaciones distintas, en un arco de longitud de 7.199 metros con la calle Sauco de la urbanización;y por el Oeste, con una distancia de 26.019 metros con el solar #81, todos estos solares* pertenecientes al referido desarrollo urbano.<br><br>Se segrega de la finca 16,923, inscrito al folio 201 del tomo 341 de Toa Alta.<br><br>Registered at the Property Registry of Toa Alta at page     111 of volume 370, property no. 18520, 1st inscription.<br><br>THIS PROPERTY ENCUMBERS THE FOLLOWING LIENS: A mortgage in favor of Santander Mortgage Co. for $150,000.00 with an annual interest of 7.875%.<br><br>        Defendant. | Civil 97-1284(CCC) |

### UNITED STATES OF AMERICA'S MOTION SUBMITTING STIPULATED AGREEMENT

TO THE HONORABLE COURT:

        COMES NOW, the United States of America, by and through its undersigned attorneys, and very respectfully states and prays as follows:

<u>United States' Motion</u>                                   2
Civil No. 03-2363(PG)
page 2

Claimant, Abelardo Torreas Padilla, his former wife, Milagros Perez Rosario and the United States have signed a Stipulated Settlement Agreement, which is hereby submitted for the approval of this Honorable Court. The agreement signed by the parties is attached herein and made part hereof the present motion as Exhibit 1.

WHEREFORE, the United States of America respectfully requests that this Honorable Court receives and approves the aforementioned Stipulated Agreement.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 12th January 2005.

> H.S. GARCIA
> United States Attorney
>
> /s Maritza González de Miranda
> Maritza González de Miranda
> U.S.D.C.P.R. No.208801
> Assistant U.S. Attorney
> Torre Chardon Suite 1201
> Carlos Chardón Avenue
> Hato Rey, Puerto Rico  00918
> Tel. 766-5656

CERTIFICATE OF SERVICE

I do hereby certify that on this date I electronically filed the forgoing motion with the Clerk of this Court using CM/ECF system, which will send notice of such filing to all appearing parties and that I have sent a copy of the filing to the parties appearing pro-se.

> /s Maritza González de Miranda
> Maritza González de Miranda
> Assistant U.S. Attorney