IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>B)  ONE URBAN LOT LOCATED AT NO. 69 CIUDAD JARDIN II, TOA ALTA, MORE FULLY DESCRIBED AT PUERTO RICO PROPERTY REGISTRY OF TOA ALTA AS FOLLOWS:<br><br>    URBANA: Solar #69 de la Urbanización Ciudad Jardin II, First Stage, localizado en el Barrio Piña del Municipio de Toa Alta, con una cabida superficial de 658.56 metros cuadrados, en lindes por el Norte, en una distancia de 25.605 metros con el solar #70; por el Sur, en una distancia de 25.605 metros con el solar #68; por el Este, en dos alineaciones distintas, en un arco de longitud de 7.199 metros con la calle Sauco de la urbanización;y por el Oeste, con una distancia de 26.019 metros con el solar #81, todos estos solares* pertenecientes al referido desarrollo urbano.<br><br>Se segrega de la finca 16,923, inscrito al folio 201 del tomo 341 de Toa Alta.<br><br>Registered at the Property Registry of Toa Alta at page 111 of volume 370, property no. 18520, 1st inscription. | CIVIL NO. 97-1284(SEC) |

THIS PROPERTY ENCUMBERS THE FOLLOWING LIENS: A mortgage in favor of Santander Mortgage Co. for $150,000.00 with an annual interest of 7.875%.

## STIPULATION FOR CONSENT JUDGMENT

TO THE HONORABLE COURT:

COME NOW plaintiff the United States of America, and claimants, Abelardo Torres Padilla and his former wife Milagros Pérez Rosario, and very respectfully set forth and pray as follows:

1. The parties have reached an agreement whereby the claims of Abelardo Torres Padilla and his former wife Milagros Pérez Rosario will be settled.

2. The parties have agreed that the claimants will release to plaintiff the following defendant real property described in the above caption:

> **B) ONE URBAN LOT LOCATED AT NO. 69 CIUDAD JARDIN II, TOA ALTA, MORE FULLY DESCRIBED AT PUERTO RICO PROPERTY REGISTRY OF TOA ALTA AS FOLLOWS:**
>
> URBANA: Solar #69 de la Urbanización Ciudad Jardin II, First Stage, localizado en el Barrio Piña del Municipio de Toa Alta, con una cabida superficial de 658.56 metros cuadrados, en lindes por el
> Norte, en una distancia de 25.605 metros con el solar #70; por el Sur, en una distancia de 25.605 metros con el solar #68; por el Este, en dos alineaciones distintas, en un arco de longitud de 7.199 metros con la calle Sauco de la urbanización;y por el Oeste, con una distancia de 26.019 metros con el solar #81, todos estos solares* pertenecientes al referido desarrollo urbano.

2

Se segrega de la finca 16,923, inscrito al folio 201 del tomo 341 de Toa Alta.

Registered at the Property Registry of Toa Alta at page111 of volume 370, property no. 18520, 1st inscription.

THIS PROPERTY ENCUMBERS THE FOLLOWING LIENS: A mortgage in favor of Santander Mortgage Co. for $150,000.00 with an annual interest of 7.875%.

3. That whatever monies is left as the result of the sale of the property and after paying off the mortgage said amount will be divided as follows:

Fifty percent (50%) to the United States of America

Twenty five percent (25%) to Mr. Torres-Padilla

Twenty five percent (25%) to Mr. Torres-Padilla's former wife, Milagros Pérez Rosario.

4. The claimants hereby release and forever discharge the United States of America, the Drug Enforcement Administration (DEA), its officers, agents, servants and employees, its heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimants, their heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture of the above captioned defendant property.

5. The claimants further agree to hold and save the United States of America, the Drug Enforcement Administration (DEA), its servants, employees, heirs, successors, or assigns harmless from any claims by any others, including costs and expenses for or on

account of any and all lawsuits or claims of any character whatsoever, in connection with the seizure, detention and forfeiture of the above captioned defendant property.

6. The parties agree that the Judgment to be entered pursuant to this stipulation, shall be firm, final, unappealable, and considered as *res judicata* of any claims arising out of this captioned matter, once it is entered on docket.

7. This document contains the entire agreement between the parties with respect to the forfeiture of the captioned defendant property. This agreement supersedes all prior, if any understandings, promises and/or conditions and no additional promises, agreements and conditions will be entered into unless in writing and signed by all parties.

8. The parties agree that each shall bear its own costs, expenses and attorneys fees, if any.

WHEREFORE, the above appearing parties respectfully request this Honorable Court to approve this Stipulation for Consent Judgment and in its consequence issue a Consent Judgment adopting and incorporating by reference its terms and provisions.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 21 of October, 2004.

Abelardo Torres-Padilla

Milagros Pérez Rosario

H S GARCIA
United States Attorney

Maritza González de Miranda
Assistant U.S. Attorney
U.S.D.C.P.R. 208801
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
Hato Rey, Puerto Rico 00918
Tel. 766-5656

4