UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>M) 1993 FORD F-150 (BLACK)BEARING P.R. TAG # 575-652 VIN: 1FTDF15R0PLA64979 REGISTERED TO ABELARDO TORRES PADILLA.<br><br>N) 1994 LEXUS 400 (BLACK)BEARING P.R. TAG # BYZ-446 VIN: JT8JS47E5R0077093 REGISTERD TO ISRAEL PEREZ PACHECO.<br><br>Defendant. | Civil No. 97-1284 (SEC) |

## MOTION FOR DEFAULT JUDGMENT
## OF FORFEITURE NUNC PRO TUNC

TO THE HONORABLE COURT:

COMES NOW plaintiff, the United States of America, through the undersigned counsel and very respectfully alleges and prays as follows:

1. On June 30, 1997, the parties reached a Plea & Forfeiture Agreement in criminal case number 97-032(HL)whereby the claimant relinquished all rights, tittle, and interest he may have in the above described properties.

2. On September 29, 1997, the United States filed a Motion To Lift Stay of Proceedings, in order for the civil forfeiture of

defendant properties to continue their due course.

3.  On October 2, 1997, the Court entered Order granting the Motion to Lift Stay.

4. After the lifting of the stay the case was disposed off in different ways (See dockets number 82, 79, 74, 73, 71, 70, 69, 66, 65, 64, 56, 63, 52, 51, 50) See Docket Sheet as Exhibit I.

5. A Default Decree of Forfeiture was entered on properties I, J, and K docket number 52.

6.  That inadvertently defendant properties **M & N** were not included in the Motion for Default Decree of Forfeiture.

7.  That the United States of America respectfully request that an Order of Forfeiture Nunc Pro Tunc be entered on defendant Properties **M & N**.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2005, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Benjamín Angueira-Aguirre, Esq.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico this 1st day of February, 2005.

                                  H. S. GARCIA
                                  United States Attorney

                                  Maritza González de Miranda
                                  Assistant U.S. Attorney
                                  U.S.D.C. No. 208801

                                  Isabel Muñoz Acosta
                                  Assistant U. S. Attorney
                                  U.S.D.C. No. 128302
                                  Room 1201, Torre Chardon Bldg.
                                  350 Carlos Chardon St.
                                  Hato Rey, Puerto Rico 00918
                                  Tel. (787) 766-5656
                                  Fax: (787) 766-5656