CLOSED, FRC

# United States District Court
# District of Puerto Rico (San Juan)
# CIVIL DOCKET FOR CASE #: 3:97-cv-01284-SEC

United States v. One Urban Lot, et al
Assigned to: Salvador E Casellas
Demand: $0
Cause: 28:1345 USA Plaintiff

Date Filed: 03/03/1997
Jury Demand: Defendant
Nature of Suit: 690 Forfeit/Penalty: Other
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**USA**     represented by **Jacqueline D. Novas-Debien**
Morris & Morris, LLP
600 Parker Square
Suite 250
Flower Mound, TX 75028
972-539-0090
Fax: 972-539-1464
*TERMINATED: 06/25/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jose J. Santos-Mimoso**
Mercantil Plaza Suite 1512
2 Ponce de Leon Ave.
San Juan, PR 00918
787-765-8764
Fax: 787-764-8746
Email: santosmimoso@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maritza Gonzalez-de-Miranda**
United States Attorney's Office
350 Carlos Chardon St.
Suite 1201
San Juan, PR 00918
787-282-1848
Fax: 787-766-6222
Email: maritza.gonzalez@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**One Urban Lot located at No. 3-BE
Santa Juanita, Bayamon.**



EXHIBIT I

Defendant

One Urban Lot Located at No. 69 Ciudad Jardin II, Toa Alta.

Defendant

One Urban Lot located at No. 17 Ciudad Jardin II, Toa Alta.

Defendant

One Rural Lot located at Mana Ward, Corozal.

Defendant

One Rural Lot located at Mana Ward, Corozal (2).

Defendant

One Rural Lot located at No. 3 Mana Ward, Corozal.

Defendant

1996 Isuzu Trooper (green) bearing PR tag # CKH-120 VIN: JACDJ58V8T7913160 registered to Worldwide Auto Corporation.

Defendant

1996 Isuzu Trooper (blue) bearing PR tag # CKH-141 VIN: JACDJ58V7T7913621 registered to Jose E. Lozada Rivera.

Defendant

1996 Isuzu Trooper (gold) bearing PR tag # CKH-140 VIN: JACDJ58V7T7913621 registered to Jose E. Lozada Rivera.

Defendant

1996 Isuzu Rodeo (white) bearing PR tag # CKH-143 VIN: 4S2CM58VXT43091512 registered to Jose E. Lozada Rivera.

Defendant

1996 Isuzu Rodeo (black) bearing PR tag # CKH-142 VIN: 4S2CK58V4T4324588 registered to

Jose E. Lozada Rivera.

**Defendant**

1994 Honda Cycle SA50 (black) registered to Abelardo Torres Padilla.

**Defendant**

1993 Ford F-150 (black) registered to Abelardo Torres Padilla.

**Defendant**

1994 Toyota Lexus 400 (black) registered Israel Perez Pacheco.

**Defendant**

1995 Continental Trailer registered to Abelardo Torres Padilla.

**Claimant**

Milagros Perez-Rosario     represented by   Zygmunt G. Slominski
60 Carmoustie Road #998
Hilton Head Island, SC 29928
843-686-2662
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

Jose Lozada-Rivera     represented by   Charles E. Fitzwilliam
Po Box 9021157
San Juan, PR 00902-1157
787-381-7108
Fax: 787-763-6114
Email: fitzwill@caribe.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

Ida Esther Berrios-Torres     represented by   Charles E. Fitzwilliam
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

Jose Emilio Lozada-Berrios     represented by   Charles E. Fitzwilliam
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Delfin Lozada-Rivera**      represented by    **Charles E. Fitzwilliam**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Gladys Alvarado-Burgos**      represented by    **Charles E. Fitzwilliam**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**R & G Mortgage Corp.**      represented by    **Luis O. Davila-Aleman**
Arana & Davila Law Office
RR-9 Box 1838
San Juan, PR 00926
787-758-3636
Fax: 787-771-4429
Email: lod55@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Pedro Torres-Diaz**
*TERMINATED: 01/28/1998*
     represented by    **Jose O. Vazquez-Garcia**
Jose Vazquez Law Office
Garden Hills Plaza
PMB 306
1353 Carr. 19
Guaynabo, PR 00966-2700
787-764-9494
Fax: 787-764-9438
Email: jvglaw@aol.com
*TERMINATED: 01/28/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Santander Mortgage Corporation (SMC)**      represented by    **Judith Flores-Ayala**
Pinto-Lugo, Oliveras & Ortiz, PSC
PO Box 9024098
San Juan, PR 00902-4098
787-724-8103
Fax: 787-723-8774
Email: floresjudith@pintolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

| Abelardo Torres-Padilla | represented by | **Benjamin Angueira-Aguirre**<br>P.O. Box 1686<br>Carolina, PR 00984<br>724-1101<br>Fax: 724-1124<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Claimant**

| **FirstBank**<br>*TERMINATED: 10/23/1997* | represented by | **Frank Catala-Morales**<br>G.P.O. Box 70244<br>San Juan, PR 00936-7244<br>250-5130<br>*TERMINATED: 10/23/1997*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Claimant**

| **Citicorp Finance P.R., Inc.**<br>*TERMINATED: 10/23/1997* | represented by | **Frank Catala-Morales**<br>(See above for address)<br>*TERMINATED: 10/23/1997*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Interested Party**

| **Abelardo Torres-Padilla** | represented by | **Benjamin Angueira-Aguirre**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Interested Party**

| **Banco Popular de Puerto Rico** | represented by | **David C. Indiano-Vicic**<br>Indiano & Williams, PSC<br>207 Del Parque St.<br>3rd Floor<br>San Juan, PR 00912-1930<br>787-641-4545<br>Fax: 787-641-4544<br>Email: david.indiano@indianowilliams.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2005 | <u>82</u> | JUDGMENT .Signed by Judge Salvador E Casellas on 1/14/05. (gl) (Entered: 01/14/2005) |

| | | |
|---|---|---|
| 01/12/2005 | 81 | MOTION Submitting Stipulation for Consent Judgment filed byMaritza Gonzalez-de-Miranda on behalf of USA (Attachments: # 1 Exhibit #1 Stipulation# 2 Text of Proposed Order)(Gonzalez-de-Miranda, Maritza) (Entered: 01/12/2005) |
| 11/12/2004 | 80 | USM Return of Order executed as to Property Registrar, Bayamon I on 10/13/04 (ov, ) (Entered: 11/12/2004) |
| 10/04/2004 | 79 | ORDER granting 78 Motion for Cancellation of Lis Pendens . Signed by Judge Salvador E Casellas on 9/30/04. (cm, ) (Entered: 10/04/2004) |
| 09/30/2004 | 78 | MOTION for Cancellation of Lis Pendens filed by Maritza Gonzalez-de-Miranda on behalf of USA Suggestions in opposition/response due by 10/13/2004 (Attachments: # 1 Text of Proposed Order Cancellation of Lis Pendens)(Gonzalez-de-Miranda, Maritza) (Entered: 09/30/2004) |
| 09/03/2004 | 77 | NOTICE of Appearance by Maritza Gonzalez-de-Miranda by on behalf of USA (Gonzalez-de-Miranda, Maritza) (Entered: 09/03/2004) |
| 09/26/2000 | | CASE REFERRED TO FEDERAL RECORDS CENTER. ACC.021 - 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 Box 8 (yr) (Entered: 09/26/2000) |
| 07/29/1999 | 76 | US Marshal Return of Order for cancellation of Lis Pendens executed on 7/23/99. (ov) (Entered: 08/02/1999) |
| 06/25/1999 | | ENDORSED ORDER granting [75-1] motion for Jacqueline D. Novas to Withdraw as Attorney (Terminated attorney Jacqueline D. Novas-Debien for United States, [75-2] motion **Added for United States attorney Jose Javier Santos-Mimoso Noted. ( signed by Judge Salvador E. Casellas ) (ov) (Entered: 06/29/1999) |
| 06/18/1999 | 75 | MOTION by United States for Jacqueline D. Novas to Withdraw as Attorney , **Added for United States attorney Jose Javier Santos-Mimoso (ov) (Entered: 06/21/1999) |
| 04/13/1999 | 74 | US Marshal Return of Order of Cancellation of Lis Pendens executed on 4/8/99 to the Prop Registrar (Property C) Bayamon III (ov) (Entered: 04/16/1999) |
| 03/18/1999 | 73 | US Marshal Return of order for cancellation of lis pendens to the Property Registrar (Property D), Barranquitas, PR, executed on 3/11/99. (ov) (Entered: 03/23/1999) |
| 03/18/1999 | 72 | US Marshal Return of order to the Property Registrar (Property E), Barranquitas, PR, executed on 3/11/99 (ov) (Entered: 03/23/1999) |
| 03/18/1999 | 71 | US Marshal Return of order of cancellation of lis pendens to the Property Registrar (Property F), Barranquitas, executed on 3/11/99 (ov) Modified on 03/23/1999 (Entered: 03/23/1999) |
| 02/26/1999 | 70 | ORDER granting [68-1] motion for cancellation of Lis Pendens (real prop C, D, E, & F ( signed by Judge Salvador E. Casellas ) (su) (Entered: 03/01/1999) |
| 02/26/1999 | 69 | ORDER granting [67-1] motion requesting order to the Property Registrar to record Dft Property E free and clear of any liens in the name of the USA ( |

| | | |
|---|---|---|
| | | signed by Judge Salvador E. Casellas ) (su) (Entered: 03/01/1999) |
| 02/16/1999 | 68 | MOTION by United States for cancellation of Lis Pendens (real prop C, D, E, & F (ov) (Entered: 02/18/1999) |
| 02/16/1999 | 67 | MOTION by United States requesting order to the Property Registrar to record Dft Property E free and clear of any liens in the name of the USA (ov) (Entered: 02/18/1999) |
| 12/24/1998 | | ENDORSED ORDER approving [65-1] stipulation ( signed by Judge Salvador E. Casellas ) (ov) (Entered: 01/08/1999) |
| 11/04/1998 | 66 | ORDER granting [64-1] motion for voluntary Dismissal ( signed by Judge Salvador E. Casellas ) (ov) (Entered: 11/06/1998) |
| 10/21/1998 | 65 | STIPULATION by United States, One Rural Lot Mana, One Rural Lot Mana 2, One Rural Lot Mana 3 for consent judgment. (mr) (Entered: 10/22/1998) |
| 10/09/1998 | | ENDORSED ORDER granting [64-1] motion for voluntary Dismissal. See jgm, dkt #63, 9/30/98. ( signed by Judge Salvador E. Casellas ) (ov) (Entered: 10/14/1998) |
| 10/01/1998 | 64 | MOTION by United States for voluntary Dismissal Response due 10/14/98 (ov) Modified on 10/07/1998 (Entered: 10/05/1998) |
| 09/30/1998 | | Case closed (ov) (Entered: 11/25/1998) |
| 09/30/1998 | 63 | ORDER setting Motion Filing deadline to 11/23/98 (Clerk) (ov) Modified on 10/07/1998 (Entered: 10/07/1998) |
| 09/30/1998 | 63 | JUDGMENT dismissing action with prejudice and stricken from the active dkt. The parties shall tender an agreed order dismissing this case w/prejudice w/in 45 days from entry of this order,etc as state herein. ( signed by Judge Salvador E. Casellas ) (ov) Modified on 10/07/1998 (Entered: 10/07/1998) |
| 09/09/1998 | 62 | Informative Motion by United States re: agrmt has been reached w/ claimants Jose Lozada Rivera and Ida Esther Berrios and same w/be submitted to their counsel by 9/11/98.. (ov) (Entered: 09/11/1998) |
| 05/29/1998 | | ENDORSED ORDER [61-1] motion to Continue status conference that the Court wanted to set for the end of this month until the end of the month of June Noted. ( signed by Judge Salvador E. Casellas ) (ov) (Entered: 06/01/1998) |
| 05/22/1998 | 61 | INFORMATIVE MOTION by United States re: receipt of transcript of proceedings and to Continue status conference that the Court wanted to set for the end of this month until the end of the month of June (kd) (Entered: 05/27/1998) |
| 03/13/1998 | 60 | Minute entry: Status Conference held. Mr. Angueira informed the Court that he and Mr. Slominski are currently undergoing settlement negotiations w/AUSA on behalf of their respective clients, and that they will submit an agreement shortly, etc as stated herein. ( Judge Salvador E. Casellas ) (kd) (Entered: 03/17/1998) |

| Date | No. | Description |
|---|---|---|
| 03/13/1998 | | Status Conference held before Judge Salvador E. Casellas (kd) (Entered: 03/17/1998) |
| 03/03/1998 | 59 | ORDER granting [58-1] motion to convert the PTC set for 3/13/98 into a status conference, [58-2] motion to request order for Court to clarify the deadlines set forth in the Case Management Order Noted., set Status Conference for 3:00 3/13/98 before Judge Salvador E. Casellas ( signed by Judge Salvador E. Casellas ) (kd) (Entered: 03/04/1998) |
| 02/23/1998 | 58 | MOTION by United States to convert the PTC set for 3/13/98 into a status conference , and to request order for Court to clarify the deadlines set forth in the Case Management Order (kd) (Entered: 02/24/1998) |
| 01/28/1998 | 57 | PARTIAL JUDGMENT dismissing this case with prejudice as against Pedro Diaz Torres. ( signed by Judge Salvador E. Casellas ) (il) (Entered: 01/30/1998) |
| 01/20/1998 | 56 | STIPULATED EXPEDITED SETTLEMENT AGREEMENT, w/attach, by United States and Pedro Torres-Diaz. (ni) (Entered: 01/21/1998) |
| 12/09/1997 | | ENDORSED ORDER granting [55-1] motion to Amend [51-1] stipulation by United States ( signed by Judge Salvador E. Casellas ) (kd) (Entered: 12/10/1997) |
| 12/01/1997 | 55 | MOTION by United States to Amend [51-1] stipulation by United States (il) (Entered: 12/04/1997) |
| 11/07/1997 | 54 | US Marshal Return of Default Decree executed on 10/31/97. (kd) (Entered: 11/14/1997) |
| 10/31/1997 | | ENDORSED ORDER mooting [45-1] motion for setting of Status Conference before a Magistrate ( signed by Judge Salvador E. Casellas ) (kd) (Entered: 11/03/1997) |
| 10/23/1997 | 53 | PARTIAL JUDGMENT dismissing w/prejudice the matter as to Citicorp Finance and FirstBank. ( signed by Judge Salvador E. Casellas ) (kd) (Entered: 10/27/1997) |
| 10/23/1997 | 52 | DEFAULT JUDGMENT against 1996 Isuzu Trooper g, 1996 Isuzu Rodeo, 1996 Isuzu Rodeo b ( signed by Judge Salvador E. Casellas ) (kd) (Entered: 10/27/1997) |
| 10/15/1997 | 51 | STIPULATION FOR RELEASE OF VEHICLE by United States and Citicorp Finance. (kd) (Entered: 10/16/1997) |
| 10/15/1997 | 50 | STIPULATION for Release of Vehicle by United States and FirstBank. (kd) (Entered: 10/16/1997) |
| 10/14/1997 | 49 | MOTION by United States for Entry of Default as to 1996 Isuzu Trooper gold, 1996 Isuzu Rodeo white, 1996 Isuzu Rodeo black (kd) (Entered: 10/16/1997) |
| 10/02/1997 | | ENDORSED ORDER granting [48-1] motion to request order to lift stay of proceedings ( signed by Judge Salvador E. Casellas ) (kd) (Entered: 10/03/1997) |

| | | |
|---|---|---|
| 09/29/1997 | 48 | MOTION by United States to request order to lift stay of proceedings (kd) (Entered: 09/30/1997) |
| 08/12/1997 | 47 | ORDER denying [42-1] opposition response ( signed by Judge Salvador E. Casellas ) (ni) (Entered: 08/14/1997) |
| 08/12/1997 | 46 | RESPONSE by United States in opposition to [45-1] motion for setting of Status Conference before a Magistrate by Pedro Torres-Diaz (ni) (Entered: 08/14/1997) |
| 08/04/1997 | | ENDORSED ORDER [44-1] notice Noted. ( signed by Judge Salvador E. Casellas ) (kd) (Entered: 08/06/1997) |
| 07/30/1997 | 45 | REPLY TO Gvt's motion and MOTION by Pedro Torres-Diaz for setting of Status Conference before a Magistrate (kd) (Entered: 08/01/1997) |
| 07/28/1997 | 44 | NOTICE of compliance w/Court Order of 7/11/97 by United States (kd) (Entered: 07/29/1997) |
| 07/14/1997 | 43 | ORDER, set Motion Filing deadline to 7/28/97 for gvt to respond to claimant Pedro Torres Diaz's objection to stay proceedings ( signed by Judge Salvador E. Casellas ) (kd) (Entered: 07/15/1997) |
| 06/25/1997 | 42 | RESPONSE by Pedro Torres-Diaz in opposition to [39-1] motion to Stay proceedings pending the outcome of the related criminal proceeding in Criminal No. 97-32 (HL) by United States (kd) (Entered: 06/27/1997) |
| 06/24/1997 | 41 | ORDER granting [39-1] motion to Stay proceedings pending the outcome of the related criminal proceeding in Criminal No. 97-32 (HL) [40-1] notice Noted. ( signed by Judge Salvador E. Casellas ) (kd) (Entered: 06/25/1997) |
| 06/12/1997 | 40 | NOTICE of Filing of Affidavit of Publication in El Nuevo Dia, by United States, w/copy of affidavit in support thereof. (kd) (Entered: 06/18/1997) |
| 06/12/1997 | 39 | MOTION by United States to Stay proceedings pending the outcome of the related criminal proceeding in Criminal No. 97-32 (HL) w/exhibits in support thereof. (kd) (Entered: 06/18/1997) |
| 06/12/1997 | | ENDORSED ORDER granting [38-1] motion to Extend Time until 7/10/97 to file Joint Case Management Memorandum, memorandum due 7/10/97 for Milagros Perez-Rosario ( signed by Judge Salvador E. Casellas ) (np) (Entered: 06/12/1997) |
| 06/04/1997 | 38 | MOTION by Milagros Perez-Rosario to Extend Time until 7/10/97 to file Joint Case Management Memorandum (il) (Entered: 06/05/1997) |
| 05/19/1997 | 37 | ANSWER to Complaint by Santander Mortgage (kd) (Entered: 05/21/1997) |
| 04/29/1997 | 36 | ANSWER to Complaint by Abelardo Torres-Padilla (kd) (Entered: 05/02/1997) |
| 04/29/1997 | 35 | CLAIM for property by Abelardo Torres-Padilla Answer due on 5/19/97 for Abelardo Torres-Padilla (kd) (Entered: 05/02/1997) |
| 04/28/1997 | 34 | CASE MANAGEMENT ORDER, set Amended Pleadings deadline to 5/13/97 , Joint Case Management Memorandum due 6/17/97 for all parties , |

| | | |
|---|---|---|
| | | set Discovery deadline to 12/2/97, set Dispositive Motion Filing deadline to 7/1/97, set Pretrial/Settlement Conference for 3:00 3/13/98 before Judge Salvador E. Casellas ( signed by Judge Salvador E. Casellas ) (kd) (Entered: 04/29/1997) |
| 04/17/1997 | 33 | ANSWER to Complaint by Pedro Torres-Diaz (Attorney Jose O. Vazquez-Garcia), (kd) (Entered: 04/18/1997) |
| 04/11/1997 | 32 | CLAIM for property by Santander Mortgage Answer due on 5/1/97 for Santander Mortgage (kd) (Entered: 04/15/1997) |
| 04/11/1997 | 31 | ORDER granting [12-1] motion to Extend Time for a period of 10 days to file his claim and 20 days thereafter to file his answer, set Motion Filing deadline to 4/30/97 for Abelardo Torres Padilla to file claim and answer mooting [19-1] motion to Extend Time for a period of 15 days to further inform this Court as to the status of the Lis Pendens granting [26-1] motion to Extend Time for a period of 30 days to answer interrogatories ( signed by Judge Salvador E. Casellas ) (kd) (Entered: 04/14/1997) |
| 04/10/1997 | 30 | Informative Motion by Banco Popular de PR re: no basis to file a verified claim in this case. (kd) (Entered: 04/11/1997) |
| 04/07/1997 | 29 | ANSWER to Complaint by Jose Emilio Lozada-Berrios, Gladys Alvarado-Burgos,; jury demand (kd) (Entered: 04/08/1997) |
| 04/07/1997 | 28 | ANSWER to Complaint by Jose Lozada-Rivera, Ida Esther Berrios-Torres,; jury demand (kd) (Entered: 04/08/1997) |
| 04/07/1997 | 27 | ANSWER to Complaint by Delfin Lozada-Rivera ,; jury demand (kd) (Entered: 04/08/1997) |
| 04/03/1997 | 26 | MOTION by Milagros Perez-Rosario to Extend Time for a period of 30 days to answer interrogatories (kd) (Entered: 04/04/1997) |
| 04/03/1997 | 25 | ANSWER to Complaint by Milagros Perez-Rosario,; jury demand (kd) (Entered: 04/04/1997) |
| 03/27/1997 | 24 | CLAIM for property by Pedro Torres-Diaz Answer due on 4/16/97 for Pedro Torres-Diaz (kd) (Entered: 04/04/1997) |
| 03/27/1997 | 23 | ANSWER to Complaint by R & G Mortgage Corp. (Attorney Luis O. Davila Aleman), (re) (Entered: 04/02/1997) |
| 03/24/1997 | 22 | US Marshal Return of complaint, warrants and TRO executed on 3/14/97 as to Properties A, B, C, D, E and F. (kd) (Entered: 03/25/1997) |
| 03/24/1997 | 21 | US Marshal Return of complaint, warrants and TRO executed on 3/6/97 as to Properties A, B, C, D, E and F. (kd) (Entered: 03/25/1997) |
| 03/20/1997 | 20 | VERIFIED CLAIM for property by R & G Mortgage Corp. Answer due on 4/9/97 for R & G Mortgage Corp. (kd) (Entered: 03/24/1997) |
| 03/19/1997 | 19 | APPEARANCE and MOTION by Banco Popular de PR to Extend Time for a period of 15 days to further inform this Court as to the status of the Lis Pendens (kd) (Entered: 03/20/1997) |

| | | |
|---|---|---|
| 03/18/1997 | 18 | CLAIM for property by Gladys Alvarado-Burgos Answer due on 4/7/97 for Gladys Alvarado-Burgos (kd) (Entered: 03/19/1997) |
| 03/18/1997 | 17 | CLAIM for property by Delfin Lozada-Rivera Answer due on 4/7/97 for Delfin Lozada-Rivera (kd) (Entered: 03/19/1997) |
| 03/18/1997 | 16 | CLAIM for property by Jose Emilio Lozada-Berrios Answer due on 4/7/97 for Jose Emilio Lozada-Berrios (kd) (Entered: 03/19/1997) |
| 03/18/1997 | 15 | CLAIM for property by Ida Esther Berrios-Torres Answer due on 4/7/97 for Ida Esther Berrios-Torres (kd) (Entered: 03/19/1997) |
| 03/18/1997 | 14 | CLAIM for property by Jose Lozada-Rivera Answer due on 4/7/97 for Jose Lozada-Rivera (kd) (Entered: 03/19/1997) |
| 03/17/1997 | 13 | ORDER granting [8-1] motion to unseal case ( signed by Judge Salvador E. Casellas ) (kd) (Entered: 03/18/1997) |
| 03/14/1997 | 12 | MOTION by Abelardo Torres-Padilla to Extend Time for a period of 10 days to file his claim and 20 days thereafter to file his answer (kd) (Entered: 03/18/1997) |
| 03/14/1997 | 11 | VERIFIED CLAIM for property by Milagros Perez-Rosario Answer due on 4/3/97 for Milagros Perez-Rosario (kd) (Entered: 03/18/1997) |
| 03/07/1997 | 10 | SUMMONS Returned Executed as to 1996 Isuzu Rodeo b on 3/2/97 Answer due on 3/22/97 for 1996 Isuzu Rodeo b (kd) (Entered: 03/12/1997) |
| 03/07/1997 | 9 | SUMMONS Returned Executed as to One Urban Lot 3-BE, One Urban Lot No. 69, One Urban Lot No. 17, One Rural Lot Mana, One Rural Lot Mana 2, One Rural Lot Mana 3, 1996 Isuzu Trooper, 1996 Isuzu Trooper b, 1996 Isuzu Trooper g, 1996 Isuzu Rodeo, 1994 Toyota Lexus on 3/4/97 Answer due on 3/24/97 for One Urban Lot 3-BE, for One Urban Lot No. 69, for One Urban Lot No. 17, for One Rural Lot Mana, for One Rural Lot Mana 2, for One Rural Lot Mana 3, for 1996 Isuzu Trooper, for 1996 Isuzu Trooper b, for 1996 Isuzu Trooper g, for 1996 Isuzu Rodeo, for 1994 Toyota Lexus (kd) (Entered: 03/12/1997) |
| 03/04/1997 | 8 | MOTION by United States to unseal case (kd) (Entered: 03/05/1997) |
| 03/03/1997 | 7 | ORDER granting [5-1] motion for Writ of Entry, granting [5-2] motion for Temporary Restraining Order ( signed by Judge Salvador E. Casellas ) (kd) (Entered: 03/05/1997) |
| 03/03/1997 | | Issued WARRANT to arrest/release property (kd) (Entered: 03/05/1997) |
| 03/03/1997 | 6 | ORDER granting [4-1] motion for cautionary notice ( signed by Judge Salvador E. Casellas ) (kd) (Entered: 03/05/1997) |
| 03/03/1997 | | ENDORSED ORDER granting [1-1] motion to Seal Case . Case Sealed. ( signed by Judge Salvador E. Casellas ) (kd) (Entered: 03/05/1997) |
| 03/03/1997 | 5 | MOTION by United States for Writ of Entry , and for Temporary Restraining Order (kd) (Entered: 03/03/1997) |
| 03/03/1997 | 4 | MOTION by United States for cautionary notice (kd) (Entered: 03/03/1997) |

| 03/03/1997 | 3 | MOTION by United States for issuance of Arrest and Monition warrant (kd) (Entered: 03/03/1997) |
| 03/03/1997 | 2 | VERIFIED COMPLAINT OF FORFEITURE IN REM (kd) (Entered: 03/03/1997) |
| 03/03/1997 | 1 | MOTION by United States to Seal Case (kd) (Entered: 03/03/1997) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 02/01/2005 14:20:21 ||||
| PACER Login: | us2858 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:97-cv-01284-SEC |
| Billable Pages: | 6 | Cost: | 0.48 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>M) 1993 FORD F-150 (BLACK) BEARING P.R. TAG # 575-652 VIN: 1FTDF15R0PLA64979 REGISTERED TO ABELARDO TORRES PADILLA.<br><br>N) 1994 LEXUS 400 BEARING P.R. TAG # BYZ-446 VIN: JT8JS47E5R0077093 REGISTERD TO ISRAEL PEREZ PACHECO.<br><br>Defendant. | Civil No. 97-1284 (SEC) |

**ORDER**

Whereas, On June 30, 1997, the parties reached a Plea & Forfeiture Agreement whereby the claimant relinquished all rights, tittle, and interest he may have in the above described properties.

Whereas, On September 29, 1997, the United States filed a Motion To lift Stay of Proceedings, in order for the forfeiture proceedings to continue their due course.

Whereas, On October 2, 1997, the Court endorsed an order granting the aforementioned Motion.

Whereas, on October 23, 1997 a Default Decree was entered on properties I, J, and K. (Docket No. 52)

Whereas, defendant properties **M** & **N** were not included in the

Motion for Default Decree of Forfeiture.

Now, therefore, on motion of the plaintiff, United States of America, of Motion for Default Judgment of Forfeiture Nunc Pro Tunc it is hereby,

ORDERED, ADJUDGED AND DECREED that the above described properties **M** and **N,** be forfeited to the United States of America and it is further ordered that the United States Marshals Service dispose of said properties on behalf of the United States of America according to law.

SO ORDERED.

Salvador E. Casellas
United States District Judge