UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

M) 1993 FORD F-150
(BLACK)BEARING P.R. TAG # 575-
652 VIN: 1FTDF15R0PLA64979
REGISTERED TO ABELARDO TORRES
PADILLA.

N) 1994 LEXUS 400 BEARING P.R.
TAG # BYZ-446
VIN: JT8JS47E5R0077093
REGISTERD TO ISRAEL PEREZ
PACHECO.

Defendant.

Civil No. 97-1284 (SEC)

RECEIVED & FILED
05 APR -5 AM 10: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**ORDER**

Whereas, On June 30, 1997, the parties reached a Plea &
Forfeiture Agreement whereby the claimant relinquished all
rights, tittle, and interest he may have in the above described
properties.

Whereas, On September 29, 1997, the United States filed a
Motion To lift Stay of Proceedings, in order for the forfeiture
proceedings to continue their due course.

Whereas, On October 2, 1997, the Court endorsed an order
granting the aforementioned Motion.

Whereas, on October 23, 1997 a Default Decree was entered on
properties I, J, and K. (Docket No. 52)

Whereas, defendant properties **M** & **N** were not included in the

Motion for Default Decree of Forfeiture.

Now, therefore, on motion of the plaintiff, United States of America, of Motion for Default Judgment of Forfeiture Nunc Pro Tunc it is hereby,

ORDERED, ADJUDGED AND DECREED that the above described properties **M** and **N**, be forfeited to the United States of America and it is further ordered that the United States Marshals Service dispose of said properties on behalf of the United States of America according to law.

SO ORDERED.

Salvador E. Casellas
/United States District Judge